Certificate Number: 16339-NJ-DE-040262232

Bankruptcy Case Number: 25-19715



16339-NJ-DE-040262232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2025, at 11:27 o'clock PM EDT, Juan Quevedo completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 31, 2025               By:    /s/Kris Krumal

                                       Name:  Kris Krumal

                                       Title: Certified Financial Counselor