UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-022999-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for loanDepot.com, LLC, Secured Creditor

Order Filed on November 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **25-19715-ABA**

Chapter 13

Judge Andrew B. Altenburg, Jr.

In Re:

**Juan Carlos Quevedo**

Debtor(s).

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**

**DATED: November 5, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Juan Carlos Quevedo
Case No.: 25-19715-ABA
Caption of Order: Order Resolving Secured Creditor's Objection to Chapter 13 Plan

This matter having been brought before the Court by Juan Carlos Quevedo (the "Debtor(s)") by and through counsel, Michael G. Boyd, Attorney at Law, with the filing of a proposed Chapter 13 Plan, and an objection to confirmation of the Plan having been filed by loanDepot.com, LLC (the "Secured Creditor"), who holds a mortgage on the real property located at 22 Longwood Drive, Stratford, NJ 08084 (the "Subject Property"), and this Court having considered the submissions of the parties and the parties having addressed the objection, and for good cause having been shown; it is ORDERED

1. That Secured Creditor's objection to confirmation is hereby overruled subject to the following conditions.

2. That the arrearage claims of Secured Creditor, as reflected in Secured Creditor's filed Proof of Claim, shall be paid in full through any confirmed Plan.

3. That should the Debtor(s) file a Modified Plan in the future, this Order shall apply to any confirmed Modified Plan.

4. That Secured Creditor retains the right to object to any proposed Modified plan.

5. That Debtor(s) shall make all post-petition payments in accordance with the terms of the Note, Mortgage, and any Notice of Mortgage Payment Change or Loan Modification agreed to between the Secured Creditor and the Debtor(s).

6. That Debtor(s) retain(s) the right to object to Secured Creditor's Proof of Claim and any Notice of Mortgage Payment Change.