**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-022999-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for loanDepot.com, LLC, Secured Creditor | Order Filed on November 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No.: **25-19715-ABA**

Chapter 13

Judge Andrew B. Altenburg, Jr.

In Re:

**Juan Carlos Quevedo**

Debtor(s).

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION
## TO CHAPTER 13 PLAN

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**

**DATED: November 5, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2 of 2)

Debtor: Juan Carlos Quevedo
Case No.: 25-19715-ABA
Caption of Order: Order Resolving Secured Creditor's Objection to Chapter 13 Plan

This matter having been brought before the Court by Juan Carlos Quevedo (the "Debtor(s)") by and through counsel, Michael G. Boyd, Attorney at Law, with the filing of a proposed Chapter 13 Plan, and an objection to confirmation of the Plan having been filed by loanDepot.com, LLC (the "Secured Creditor"), who holds a mortgage on the real property located at 22 Longwood Drive, Stratford, NJ 08084 (the "Subject Property"), and this Court having considered the submissions of the parties and the parties having addressed the objection, and for good cause having been shown; it is ORDERED

1. That Secured Creditor's objection to confirmation is hereby overruled subject to the following conditions.

2. That the arrearage claims of Secured Creditor, as reflected in Secured Creditor's filed Proof of Claim, shall be paid in full through any confirmed Plan.

3. That should the Debtor(s) file a Modified Plan in the future, this Order shall apply to any confirmed Modified Plan.

4. That Secured Creditor retains the right to object to any proposed Modified plan.

5. That Debtor(s) shall make all post-petition payments in accordance with the terms of the Note, Mortgage, and any Notice of Mortgage Payment Change or Loan Modification agreed to between the Secured Creditor and the Debtor(s).

6. That Debtor(s) retain(s) the right to object to Secured Creditor's Proof of Claim and any Notice of Mortgage Payment Change.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19715-ABA |
| Juan Carlos Quevedo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 1
Date Rcvd: Nov 05, 2025　　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Juan Carlos Quevedo, 27 West Holly Avenue, Pitman, NJ 08071-1412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor loanDepot.com  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Michael G. Boyd | on behalf of Debtor Juan Carlos Quevedo michaelboydlaw@gmail.com  lisasquitieri@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5