Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 25−19715−ABA
> Chapter: 13
> Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Carlos Quevedo
   27 West Holly Avenue
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−5597

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 11, 2025.

Dated: December 11, 2025
JAN: har

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Juan Carlos Quevedo  
    Debtor

Case No. 25-19715-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 11, 2025      Form ID: plncf13      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Quevedo, 27 West Holly Avenue, Pitman, NJ 08071-1412 |
| 520812996 | + | Club Exploria Llc, 4150 N. Drinkwater Blvd, Scottsdale, AZ 85251-3611 |
| 520813006 | + | Sunnova International Energy, 2211 Michelson Dr, Irvine, CA 92612-1395 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520820514 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 11 2025 20:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520845425 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 21:02:56 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520812992 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 11 2025 20:52:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 520812993 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 11 2025 20:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520812994 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 21:03:08 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520812995 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 21:03:39 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520812998 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2025 20:51:00 | Internal Revenue Service, 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5002 |
| 520813000 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2025 21:02:48 | J.P. Morgan Chase Bank N.A., 201 North Walnut Street, Wilmington, DE 19801-2903 |
| 520877964 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2025 20:52:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 520843962 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 11 2025 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520813002 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 21:02:56 | LVNV Funding LLC, 355 South Main Street, Suite 300-D, Greenville, SC 29601-2923 |

Case 25-19715-ABA   Doc 21   Filed 12/13/25   Entered 12/14/25 00:18:14   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: plncf13 | Total Noticed: 30 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520891952 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 11 2025 21:02:56 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520813001 | + | Email/Text: bknotification@loandepot.com Dec 11 2025 20:52:00 | | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 520813003 | | Email/Text: Bankruptcy@mjrf.com Dec 11 2025 20:51:00 | | Mullooly Jeffrey Rooney & Flynn LLP, 6851 Jericho Turnpike, Suite 220, Syosset, NY 11791 |
| 520874830 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2025 21:03:11 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520889902 | + | Email/Text: BKMAIL@planethomelending.com Dec 11 2025 20:51:00 | | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520813004 | + | Email/Text: BKMAIL@planethomelending.com Dec 11 2025 20:51:00 | | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 520813005 | + | Email/Text: bankruptcy@rubinrothman.com Dec 11 2025 20:50:00 | | Rubin & Rothman, LLC, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 520813007 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 11 2025 21:02:47 | | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520842873 | ^ | MEBN Dec 11 2025 20:49:53 | | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520813008 | + | Email/Text: bankruptcy@td.com Dec 11 2025 20:52:00 | | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 520813009 | | Email/Text: _sagcallcenter@techcu.com Dec 11 2025 20:50:00 | | Technology Credit Union, Attn: Bankruptcy Dept, Po Box 1409, San Jose, CA 95109 |
| 520826326 | + | Email/Text: louis@tributecap.com Dec 11 2025 20:51:00 | | Technology Credit Union, c/o Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 520813010 | + | Email/Text: ClericalSupport@tenagliahunt.com Dec 11 2025 20:51:00 | | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 520860993 | + | Email/Text: bknotification@loandepot.com Dec 11 2025 20:51:00 | | loanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520812997 | *+ | Internal Revenue Service, PO Box 7436, Philadelphia, PA 19101-7436 |
| 520812999 | * | Internal Revenue Services, PO Box 744, Springfield, NJ 07081-0744 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025              Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor loanDepot.com  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Michael G. Boyd | on behalf of Debtor Juan Carlos Quevedo michaelboydlaw@gmail.com  lisasquitieri@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5