Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 25-19715 (ABA)

Juan Carlos Quevedo
27 West Holly Avenue
Pitman, NJ  08071

Monthly Payment: $6,831.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10/06/2025 | $2,277.00 | 11/03/2025 | $2,277.00 | 12/01/2025 | $2,277.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JUAN CARLOS QUEVEDO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL G. BOYD, ESQUIRE | 13 | $2,750.00 | $0.00 | $2,750.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $21,625.05 | $0.00 | $21,625.05 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,006.80 | $0.00 | $1,006.80 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $37,814.24 | $0.00 | $37,814.24 | $0.00 |
| 5 | CLUB EXPLORIA LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $4,334.76 | $0.00 | $4,334.76 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 33 | $76.51 | $0.00 | $76.51 | $0.00 |
| 8 | INTERNAL REVENUE SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $20,327.19 | $0.00 | $20,327.19 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $46,788.53 | $0.00 | $46,788.53 | $0.00 |
| 11 | LOANDEPOT.COM, LLC | 24 | $1,340.53 | $0.00 | $1,340.53 | $0.00 |
| 12 | MULLOOLY JEFFREY ROONEY & FLYNN LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PLANET HOME LENDING, LLC | 24 | $177.17 | $0.00 | $177.17 | $0.00 |
| 14 | RUBIN & ROTHMAN, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SUNNOVA INTERNATIONAL ENERGY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $1,038.80 | $0.00 | $1,038.80 | $0.00 |
| 17 | TD BANK, N.A. | 33 | $2,618.48 | $0.00 | $2,618.48 | $0.00 |
| 18 | TECHNOLOGY CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | TENAGLIA & HUNT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MICHAEL G. BOYD, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | AFFIRM, INC. | 33 | $1,042.97 | $0.00 | $1,042.97 | $0.00 |
| 24 | JPMORGAN CHASE BANK, N.A. | 33 | $5,461.99 | $0.00 | $5,461.99 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $16,787.93 | $0.00 | $16,787.93 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2025 | 2.00 | $0.00 |
| 12/01/2025 | Paid to Date | $6,831.00 |
| 01/01/2026 | 57.00 | $3,029.00 |
| 10/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,831.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $6,147.90 |
| Arrearages: | $0.00 |
| Attorney: | MICHAEL G. BOYD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**